BAER, J.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
FAUSTO B. OVALLES          :
                           :
            Plaintiff,     :
                           :
     - v. -                :
                           :     ORDER & JUDGMENT
MICHAEL J. ASTRUE,         :     99 Civ. 11168 (HB)
Commissioner of            :
Social Security,           :
                           :
            Defendant.     :
                           :
- - - - - - - - - - - - - - - -x

     WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on May 23, 2000, and

     WHEREAS, on June 16, 2004, the Commissioner issued a favorable decision (copy attached) on plaintiff's application for benefits;

     IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York
      September 23, 2009

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____